IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-30068 |
| | ) | |
| ANTHONY L. HAMILTON | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on the Government's Motion Pursuant to Rule 35(b)(1)(A) for Reduction of Sentence (d/e 21) and Defendant's Response to the Government's Motion Pursuant to Rule 35(b)(1)(A) for Reduction of Sentence (d/e 22).  Defendant has requested a hearing in conjunction with the Government's Motion.  THEREFORE, the Court sets this matter for a hearing on March 23, 2010, at 1:30 p.m.  The Government is directed to ensure Defendant's presence at the hearing.

IT IS THEREFORE SO ORDERED.

ENTER:   March 3, 2010

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE

(cc: all counsel, USMS)